IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALICE MITWARUCIU,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA; and SCOTT FRAKES, HARBAN DEOL, and DAWN-RENEE SMITH, in their individual and official capacities;<br><br>    Defendants. | 4:21CV3147<br><br>AMENDED CASE PROGRESSION ORDER |

   This matter comes before the Court on the parties' Joint Motion to Amend Case Progression Order (Filing No. 15). After review of the parties' motion, the Court finds good cause to grant the requested extensions. Accordingly,

   **IT IS ORDERED** that the Joint Motion to Amend Case Progression Order (Filing No. 15) is granted, and the case progression order (Filing No. 11) is amended as follows:

1) The deposition deadline on the issues of qualified immunity and sovereign immunity is **February 4, 2022**.

2) Motions to compel Rule 33 through 36 discovery must be filed by **February 9, 2022**.

  **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deadline for filing the anticipated qualified immunity motion is **March 1, 2022**. Further case progression will be deferred until after resolution of such motion.[1]

4) The parties shall contact the undersigned magistrate judge's chambers within seven (7) days after a ruling on the anticipated qualified immunity motion to set a status conference for discussing further case progression.

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.

5) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

Dated this 6th day of December, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge