**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| ALICE MITWARUCIU,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>STATE OF NEBRASKA,<br><br>　　　　　　Defendant. | 4:21CV3147<br><br>**THIRD AMENDED<br>TRIAL SETTING ORDER** |

　　　　THIS MATTER is before the Court following the entry of the reassignment order in this case. (Filing No. 87). Accordingly,

　　　　IT IS ORDERED:

1)　　　The **jury** trial of this case is set to commence before **Susan M. Bazis, United States District Judge,** in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at **8:30 a.m.** on **October 7, 2024**, or as soon thereafter as the case may be called, for a duration of **five (5)** trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2)　　　The **Final Pretrial Conference** is scheduled to be held before the undersigned magistrate judge on **September 9, 2024** at **10:00 a.m.**, and will be conducted in chambers. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov in Word format, by **3:00 p.m. on September 3, 2024**.

3)　　　Motions in limine and motions seeking pretrial evidentiary hearings regarding the admissibility of evidence shall be filed no later than twenty-eight (28) days before trial.

4)　　　All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 7th day of May, 2024.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge